**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern _____ District of Texas _____
                        (State)

Case number (*If known*):_____ Chapter  11

❑ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Canta Health, LLC** |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Canta |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number** (EIN) | **47-4307791** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **555 S. Mangum Street, Suite 100**<br>Number     Street | <br>Number     Street |
| | <br>P.O. Box |
| **Durham, NC 27701**<br>City     State     ZIP Code | <br>City     State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Durham County**<br>County | <br>Number     Street |
| | <br>City     State     ZIP Code |

| | |
|---|---|
| **5. Debtor's website** (URL) | **www.eyecareleaders.com** |

Debtor   <u>Canta Health, LLC</u>                                    Case Number (if known) _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

A. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

B. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**5182**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District_____ When_____ Case number _____
                                              MM / DD / YYYY

         District_____ When_____ Case number _____
                                              MM / DD / YYYY

---

Debtor  Canta Health, LLC _____   Case Number (if known) _____

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes.  Debtor  See Schedule 1 _____   Relationship _____<br><br>District _____   When _____<br>   MM  /  DD  / YYYY<br><br>Case number, if known _____ |

| | |
|---|---|
| **11. Why is the case filed in this district?** | Check all that apply:<br><br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?**  (Check all that apply.)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>   Number      Street<br><br>_____<br><br>_____<br>   City                              State ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br><br>   Contact name _____<br><br>   Phone _____ |

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds** | Check one:<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |

Debtor    <u>Canta Health, LLC</u>                    Case Number *(if known)* _____

| **15. Estimated assets** | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| ████ | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01 / 16 / 2024
                       MM  / DD / YYYY

**✗** /s/ Sophie Turrell                              **Sophie Turrell**
Signature of authorized representative of debtor          Printed name

Title  **CEO/Portfolio Manager**

**18. Signature of attorney**

**✗** /s/ Jason S. Brookner                      Date    01 / 16 / 2024
Signature of attorney for debtor                          MM   / DD / YYYY

**Jason S. Brookner**
Printed name
**Gray Reed**
Firm name
**1601 Elm Street, Suite 4600**
Number        Street
**Dallas, TX 75201**
City     State     ZIP Code

**(214) 954-4135**                              **jbrookner@grayreed.com**
Contact phone                                   Email address

**Texas Bar No. 24033684**                      **Texas**
Bar number                                      State

Debtor   <u>Canta Health, LLC</u>   Case Number *(if known)* _____

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

<u>Northern</u>_____   District of <u>Texas</u>_____
                              (State)
Case number (*If known*):_____Chapter <u> 11 </u>

---

☐ Check if this is an
amended filing

## <u>Schedule 1</u>

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "<u>Debtors</u>") filed a petition in the United Bankruptcy Court for the Northern District of Texas for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Eye Care Leaders Portfolio Holdings, LLC.

Alta Billing Holdings, LLC
Alta Billing, LLC
Canta Health, LLC
DJRTC, LLC
ECL Group, LLC
ECL Holdings, LLC
ECL PH Services Group LLC
Eye Care Leaders Holdings, LLC
Eye Care Leaders Portfolio Holdings, LLC
iMedicWare, Inc.
IMW EMR, LLC
IMW Holdings, LLC
Insight Software, LLC
Integrity EMR Holdings, LLC
Integrity EMR, LLC
IO PracticeWare, Inc.
IOPW Holdings, LLC
IOPW, LLC
KeyMed Holdings, LLC
KeyMed, LLC
MD Office, LLC
MDO Group Holdings, LLC
MDX, LLC
Medflow Holdings, LLC
Medflow, Inc.
MNI Holdings, LLC
MRX Holdings, LLC
My Vision Express, Inc.
Penn Medical Informatics Systems, LLC

Debtor    <u>Canta Health, LLC</u>                                    Case Number *(if known)* _____

PI Software Holdings, LLC
PI Software, LLC
PMX, LLC
Revenue Health Solutions, LLC
RHS Holdings, LLC
The Hoehne Group – Software Division, Inc.

**CERTIFICATE OF RESOLUTIONS OF EYE CARE LEADERS PORTFOLIO
HOLDINGS, LLC,  THE ENTITIES SET FORTH IN FOOTNOTE 1[1] AND THE
INDEPENDENT TRUSTEE OF THE ECL TRUST**

At a joint special meeting of the board of managers of Eye Care Leaders Portfolio Holdings, LLC. (the "Board of Managers"), a North Carolina limited liability company the ("Company") and the Majority Managing Member held on January 15, 2024, the following resolutions were consented to and duly adopted in accordance with the requirements of the North Carolina Limited Liability Company Act.

RESOLVED, that, in the good faith exercise of reasonable business judgment of the Board of Managers and the Majority Member,[2] it is desirable and in the best interests of the Company, its creditors, stockholders, customers and other interested parties that the Company, and any or all of its subsidiaries, shall be and hereby are authorized to file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that the Board of Managers and the Managing Member (each, an "Authorized Signatory"), be and hereby are authorized, empowered, and directed, to execute, file, or cause to be filed, deliver and verify any and all voluntary petitions and amendments thereto under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), to cause the same to be filed in a court of proper jurisdiction (the "Bankruptcy Court"), and to execute and file or cause to be filed with the Bankruptcy Court all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that he deems necessary or proper to obtain necessary relief;

RESOLVED, that the law firm of Gray Reed & McGraw LLP ("Gray Reed") be and hereby is employed as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Signatory, with power of delegation, is hereby authorized and directed to execute appropriate agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain Gray Reed's services;

RESOLVED, that B. Riley Financial, Inc. ("B. Riley") be and hereby is employed to provide the Company financial advisory and investment banking services, and otherwise to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in

---

[1] Eye Care Leaders Portfolio Holdings, LLC; Eye Care Leaders Holdings, LLC; MDX, LLC; Medflow Holdings, LLC; DJRTC, LLC; Medflow, Inc.; Keymed Holdings, LLC; Keymed, LLC; Alta Billing Holdings, LLC; Alta Billing, LLC; MDO Group Holdings, LLC; MD Office, LLC; PMX, LLC; Penn Medical Informatics Systems, LLC; IOPW Holdings, LLC; IOPW, LLC; IO Practiceware, Inc.; Integrity EMR  Holdings, LLC; Integrity EMR, LLC; IMW Holdings, LLC; IMW EMR, LLC; iMedicWare, Inc.; Canta Health, LLC; ECL Holdings, LLC; ECL Group, LLC; RHS Holdings, LLC; Revenue Health Solution, LLC; MNI Holdings, LLC; Insight Software, LLC; My Vision Express, Inc; MRX Holdings, LLC; The Hoehne Group – Software Division, Inc.; PI Software Holdings, LLC; and PI Software, LLC.

[2] The ECL Trust, a Delaware trust, is the sole member of the company (the "Majority Managing Member").

connection therewith, the Authorized Signatory, with power of delegation, is hereby authorized and directed to execute appropriate agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain B. Riley's services;

RESOLVED, that the Authorized Signatory, and any employees or agents (including counsel) designated by or directed by the Authorized Signatory (such as, but not limited to, Sophie Turrell as CEO, Taylor Caldwell as CFO, and Emmanuel Bernabe as CLO; each such designee an "Authorized Designee," and collectively, the "Authorized Designees," and together with the Authorized Signatory, the "Authorized Persons"), be, and each hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary;

RESOLVED, that the Authorized Persons, are hereby authorized, empowered and directed, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which they deem necessary, proper or desirable in connection with, or arising from, the Chapter 11 Case, with a view to the successful prosecution of such case;

RESOLVED, that, in connection with the commencement of the Chapter 11 Case, the Authorized Persons are authorized, empowered and directed to (a) borrow and/or receive funds from and undertake any and all related transactions contemplated thereby, including but not limited to seeking approval of a debtor in possession financing order in interim and final form (collectively, the "Financing Transactions"), (b) negotiate, execute, and deliver any and all agreements, instruments, or documents, including without limitation, a debtor in possession financing agreement, with any party, including existing lenders and sureties, on such terms as may be approved by the Authorized Persons as reasonably necessary for the continuing conduct of affairs of the Company and (c) pay related fees and grant security interests in and liens on some, all, or substantially all of the Company's assets, as may be deemed necessary by the Authorized Signatory, in connection with such borrowings;

RESOLVED, that in addition to the specific authorizations previously conferred upon the Authorized Persons, the Authorized Persons are authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge and deliver any and all such agreements, certificates, instruments and other documents as may be necessary, advisable or desirable to fully carry out and accomplish the purposes of these Resolutions;

RESOLVED, that the omission from these resolutions of any action, agreement or other arrangement contemplated by any of the actions described in the foregoing resolutions or any action to be taken in accordance with any of the foregoing resolutions shall in no manner derogate from the authority of the Authorized Persons; and

RESOLVED, that any and all past actions heretofore taken by the Authorized Persons in the name and on behalf of the Company in furtherance of any or all of the preceding Resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects as the action effective as of the date such action was taken.

The undersigned agree that this Written Consent may be executed by email or other electronic means, and such execution shall be considered valid, binding and effective for all purposes and that this Written Consent may be executed in any number of counterparts, all of which taken together, shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned, being the managers of the Company, and the Majority Managing Member of the Company, hereby certify that the foregoing accurately reflects the resolutions adopted by the Board of Managers and the Majority Managing Member.

//
//

[Signature pages to follow]

The ECL Trust
A Delaware statutory trust

By:_____
Hugh Steven Wilson
Independent Trustee

[Remaining signature pages to come]

//
//

Eye Care Leaders Portfolio
Holdings, LLC

By: _____
Justin Holbrook (Jan 15, 2024 19:13 PST)

Justin Holbrook
Chairman, Independent Manager

By: _____
Marc Greenspan (Jan 16, 2024 06:12 EST)

Marc Greenspan
Independent Manager

By: _____
Mehdi El Hajoui (Jan 16, 2024 07:37 PST)

Mehdi El Hajoui
Independent Manager

//
//

**EyeCare Leaders Portfolio Holdings, LLC**

By: _____
Sophie Turrell
Chief Executive Officer

**EyeCare Leaders Holdings, LLC**

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell
Chief Executive Officer

**MDX, LLC**

By: EyeCare Leaders Holdings, LLC, its sole member

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell
Chief Executive Officer

**Medflow Holdings, LLC**

By: MDX, LLC, its sole member

By: EyeCare Leaders Holdings, LLC, its sole member

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell
Chief Executive Officer

**DJRTC, LLC**

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell
Chief Executive Officer

**Medflow, Inc.**

By: DJRTC, LLC, its sole member

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell
Chief Executive Officer

**KeyMed Holdings, LLC**

By: EyeCare Leaders Holdings, LLC, its sole member

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell
Chief Executive Officer

**KeyMed, LLC**

By: KeyMed Holdings, LLC, its sole member

   By: EyeCare Leaders Holdings, LLC, its sole member

      By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

      By: _____
         Sophie Turrell ( Jan 16, 2024 07:52 PST)
      Sophie Turrell
      Chief Executive Officer

**Alta Billing Holdings, LLC**

By: EyeCare Leaders Holdings, LLC, its sole member

   By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

      By: _____
         Sophie Turrell ( Jan 16, 2024 07:52 PST)
      Sophie Turrell
      Chief Executive Officer

**Alta Billing, LLC**

By: Alta Billing Holdings, LLC, its sole member

   By: EyeCare Leaders Holdings, LLC, its sole member

      By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

      By: _____
         Sophie Turrell ( Jan 16, 2024 07:52 PST)
      Sophie Turrell
      Chief Executive Officer

**MDO Group Holdings, LLC**

By: EyeCare Leaders Holdings, LLC, its sole member

> By: EyeCare Leaders Portfolio Holdings, LLC, its sole member
>
> By: _____
> Sophie Turrell (Jan 16, 2024 07:52 PST)
> Sophie Turrell
> Chief Executive Officer

**MD Office, LLC**

By: MDO Group Holdings, LLC, its sole member

> By: EyeCare Leaders Holdings, LLC, its sole member
>
> > By: EyeCare Leaders Portfolio Holdings, LLC, its sole member
> >
> > By: _____
> > Sophie Turrell (Jan 16, 2024 07:52 PST)
> > Sophie Turrell
> > Chief Executive Officer

**PMX, LLC**

By: EyeCare Leaders Holdings, LLC, its sole member

> By: EyeCare Leaders Portfolio Holdings, LLC, its sole member
>
> By: _____
> Sophie Turrell (Jan 16, 2024 07:52 PST)
> Sophie Turrell
> Chief Executive Officer

**Penn Medical Informatics Systems, LLC**

By: PMX, LLC, its sole member

By: EyeCare Leaders Holdings, LLC, its sole member

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell (Jan 16, 2024 07:52 PST)
Sophie Turrell
Chief Executive Officer

**IOPW Holdings, LLC**

By: Penn Medical Informatics Systems, LLC, its sole member

By: PMX, LLC, its sole member

By: EyeCare Leaders Holdings, LLC, its sole member

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell (Jan 16, 2024 07:52 PST)
Sophie Turrell
Chief Executive Officer

**IOPW, LLC**

By: IOPW Holdings, LLC, its sole member

By: Penn Medical Informatics Systems, LLC, its sole member

By: PMX, LLC, it's sole member

By: EyeCare Leaders Holdings, LLC, its sole member

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell (Jan 16, 2024 07:52 PST)

Sophie Turrell
Chief Executive Officer

**IO Practiceware, Inc.**

By: IOPW Holdings, LLC, its sole member

By: Penn Medical Informatics Systems, LLC, its sole member

By: PMX, LLC, it's sole member

By: EyeCare Leaders Holdings, LLC, its sole member

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell (Jan 16, 2024 07:52 PST)

Sophie Turrell
Chief Executive Officer

**Integrity EMR Holdings, LLC**

By: EyeCare Leaders Holdings, LLC, its sole member

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell
Chief Executive Officer

**Integrity EMR, LLC**

By: Integrity EMR Holdings, LLC, its sole member

By: EyeCare Leaders Holdings, LLC, its sole member

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell
Chief Executive Officer

**IMW Holdings, LLC**

By: EyeCare Leaders Holdings, LLC, its sole member

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell
Chief Executive Officer

**IMW EMR, LLC**

By: IMW Holdings, LLC, its sole member

By: EyeCare Leaders Holdings, LLC, its sole
member

By: EyeCare Leaders Portfolio
Holdings, LLC, its sole member

By: _____
Sophie Turrell (Jan 16, 2024 07:52 PST)
Sophie Turrell
Chief Executive Officer

**iMedicWare, Inc.**

By: IMW EMR, LLC, its sole member

By: IMW Holdings, LLC, its sole member

By: EyeCare Leaders Holdings, LLC, its sole
member

By: EyeCare Leaders Portfolio Holdings,
LLC, its sole member

By: _____
Sophie Turrell (Jan 16, 2024 07:52 PST)
Sophie Turrell
Chief Executive Officer

**Canta Health, LLC**

By: EyeCare Leaders Portfolio Holdings, LLC, its
sole member

By: _____
Sophie Turrell (Jan 16, 2024 07:52 PST)
Sophie Turrell
Chief Executive Officer

**ECL Holdings, LLC**

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell
Chief Executive Officer

**ECL Group, LLC**

By: ECL Holdings, LLC, its sole member

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell
Chief Executive Officer

**RHS Holdings, LLC**

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell
Chief Executive Officer

**Revenue Health Solutions, LLC**

By: RHS Holdings, LLC, its sole member

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell
Chief Executive Officer

**MNI Holdings, LLC**

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell (Jan 16, 2024 07:52 PST)
Sophie Turrell
Chief Executive Officer

**Insight Software, LLC**

By: MNI Holdings, LLC, its sole member

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell (Jan 16, 2024 07:52 PST)
Sophie Turrell
Chief Executive Officer

**My Vision Express, Inc.**

By: Insight Software, LLC, its sole member

By: MNI Holdings, LLC, its sole member

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell (Jan 16, 2024 07:52 PST)
Sophie Turrell
Chief Executive Officer

**MRX Holdings, LLC**

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

By: _____
Sophie Turrell (Jan 16, 2024 07:52 PST)
Sophie Turrell
Chief Executive Officer

**The HOEHNE Group – Software Division, Inc.**

By: MRX Holdings, LLC, its sole member

    By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

        By: _____
        Sophie Turrell
        Chief Executive Officer

**PI Software Holdings, LLC**

    By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

        By: _____
        Sophie Turrell
        Chief Executive Officer

**PI Software, LLC**

By: PI Software Holdings, LLC, its sole member

    By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

        By: _____
        Sophie Turrell
        Chief Executive Officer

**ECL PH Services Group, LLC**

By: EyeCare Leaders Portfolio Holdings, LLC, its sole member

    By: _____
    Sophie Turrell
    Chief Executive Officer

[End of Document]

Jason S. Brookner (TX Bar o. 24033684)
Amber M. Carson (TX Bar No. 24075610)
Emily F. Shanks (TX Bar No. 24110350)
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:     (214) 954-4135
Facsimile:      (214) 953-1332
Email:           jbrookner@grayreed.com
                     acarson@grayreed.com
                     eshanks@grayreed.com

*Counsel to the Debtors*
*and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CANTA HEALTH, LLC[1] | § | Case No. 24-[●] (MVL) |
| | § | |
| | § | |
| Debtors. | § | (Joint Administration Requested) |
| | § | |

## LIST OF EQUITY SECURITY HOLDERS[2]

Pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following is a list of holders of equity securities of the above-captioned debtor.

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Eye Care Leaders Portfolio Holdings, LLC | 555 S. Mangum Street, Suite 100, Durham, NC, 27701 | 100% |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtors' federal tax identification number are as follows: ECL PH Services Group LLC (6746); Eye Care Leaders Portfolio Holdings, LLC (0576); Alta Billing Holdings, LLC (4944); Alta Billing, LLC (4823); Canta Health, LLC (7791); DJRTC, LLC (N/A); ECL Group, LLC (9195); ECL Holdings, LLC (8888); Eye Care Leaders Holdings, LLC (1701); iMedicWare, Inc. (6251); IMW EMR, LLC (6421); IMW Holdings, LLC (3980); Insight Software, LLC ("MVE") (8321); Integrity EMR Holdings, LLC (3877); Integrity EMR, LLC (3716); IO Practiceware, Inc. (4507); IOPW Holdings, LLC (0461); IOPW, LLC (N/A); Keymed Holdings, LLC (0301); Keymed, LLC (9379); MD Office, LLC (9075); MDO Group Holdings, LLC (0435); MDX, LLC (5074); Medflow Holdings, LLC (7716); Medflow, Inc. (N/A); MNI Holdings, LLC (7633); MRX Holdings, LLC (N/A); My Vision Express, Inc. (N/A); Penn Medical Informatics Systems, LLC (4584); PI Software Holdings, LLC (N/A); PI Software, LLC (N/A); PMX, LLC (N/A); Revenue Health Solutions, LLC (7025); RHS Holdings, LLC (N/A); The Hoehne Group – Software Division, Inc. (7788). The Debtors' principal offices are located at 555 S. Mangum Street, Suite 100, Durham, NC 27701.

[2] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 case.

Jason S. Brookner (TX Bar o. 24033684)
Amber M. Carson (TX Bar No. 24075610)
Emily F. Shanks (TX Bar No. 24110350)
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:    (214) 954-4135
Facsimile:    (214) 953-1332
Email:        jbrookner@grayreed.com
              acarson@grayreed.com
              eshanks@grayreed.com

*Counsel to the Debtors*
*and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CANTA HEALTH, LLC[1] | § | Case No. 24-[●] (MVL) |
| | § | |
| | § | |
| Debtors. | § | (Joint Administration Requested) |
| | § | |

## CORPORATE OWNERSHIP STATEMENT

       Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest.

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Eye Care Leaders Portfolio Holdings, LLC | 100% |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtors' federal tax identification number are as follows:  ECL PH Services Group LLC (6746); Eye Care Leaders Portfolio Holdings, LLC (0576); Alta Billing Holdings, LLC (4944); Alta Billing, LLC (4823); Canta Health, LLC (7791); DJRTC, LLC (N/A); ECL Group, LLC (9195); ECL Holdings, LLC (8888); Eye Care Leaders Holdings, LLC (1701); iMedicWare, Inc. (6251); IMW EMR, LLC (6421); IMW Holdings, LLC (3980); Insight Software, LLC ("MVE") (8321); Integrity EMR Holdings, LLC (3877); Integrity EMR, LLC (3716); IO Practiceware, Inc. (4507); IOPW Holdings, LLC (0461); IOPW, LLC (N/A); Keymed Holdings, LLC (0301); Keymed, LLC (9379); MD Office, LLC (9075); MDO Group Holdings, LLC (0435); MDX, LLC (5074); Medflow Holdings, LLC (7716); Medflow, Inc. (N/A); MNI Holdings, LLC (7633); MRX Holdings, LLC (N/A); My Vision Express, Inc. (N/A); Penn Medical Informatics Systems, LLC (4584); PI Software Holdings, LLC (N/A); PI Software, LLC (N/A); PMX, LLC (N/A); Revenue Health Solutions, LLC (7025); RHS Holdings, LLC (N/A); The Hoehne Group – Software Division, Inc. (7788).  The Debtors' principal offices are located at 555 S. Mangum Street, Suite 100, Durham, NC 27701.

**Fill in this information to identify the case:**

Debtor name _____Eye Care Leaders Portfolio Holdings, LLC_____

United States Bankruptcy Court for the: __Northern__ District of __Texas__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Amazon Web Services, Inc.** PO Box 84023 Seattle, WA 98124-8423 | | Trade debt | | | | **$3,621,269.68** |
| 2 | **Waystar Inc.** 1311 Solutions Center Chicago, IL 60677-1311 | | Trade debt | | | | **$701,008.69** |
| 3 | **DrFirst** PO Box 791487 Baltimore, MD 21279-1487 | | Trade debt | | | | **$623,610.00** |
| 4 | **New Jersey Division of Taxation** Freehold Regional Office - 2 Paragon Way, Suite 1100 Freehold, NJ 7728 | | Sales & Use Tax | | | | **$468,706.00** |
| 5 | **New York Department of Taxation and Finance** WA Harriman Campus Albany, NY 12227-1099 | | Sales & Use Tax | | | | **$373,027.00** |
| 6 | **Academy Association, Inc.** 3406 Stagecoach Rd. Durham, NC 27713 | Greg E. Lindberg | Term loan | | | | **$339,000.00** |
| 7 | **Darena Solutions LLC** 100 Chesterfield Business Parkway- Suite 200 St. Louis, MO 63005 | | Trade debt | | | | **$338,110.00** |
| 8 | **Salesforce.com Inc** P.O. Box 203141 Dallas, TX 75320-3141 | | Trade debt | | | | **$304,758.54** |

Debtor Name  **Eye Care Leaders Portfolio Holdings, LLC**          Case Number  _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **Texas Comptroller of Public Accounts** P.O. Box 149348 Austin, TX 78714-9348 | | Sales & Use Tax | | | | **$302,329.00** |
| 10 | **MedNetwoRx Cloud Service** 12700 Park Central Drive,-Suite 800 Dallas, Texas 75251 | | Trade debt | D | | | **$163,257.11** |
| 11 | **RELAY HEALTH** P.O. BOX 98347 CHICAGO, IL 60693-8347 | | Trade debt | | | | **$160,882.62** |
| 12 | **CONDON TOBIN SLADEK THORNTON** 8080 Park Lane-Suite 700 Dallas, TX 75231 | : | Legal services | | | | **$142,349.00** |
| 13 | **Commonwealth of Massachusetts** PO Box 419257 Boston, MA 02241-9257 | | Sales & Use Tax | | | | **$151,213.00** |
| 14 | **BERKELEY RESEARCH GROUP LLC** PO BOX: 676158 DALLAS, TX 75267-6158 | | Professional services | | | | **$120,991.74** |
| 15 | **Emdeon- Change Healthcare** 3055 Lebanon Pike Nashville, TN 37214 | | Trade debt | | | | **$98,262.25** |
| 16 | **NAVICURE INC** 1311 Solutions Centre Chicago, IL 60677-1311 | | Trade debt | | | | **$62,202.37** |
| 17 | **MARC ELLMAN, M.D., P.A.** 12247 Eagle Heart El Paso, TX 79936 | | Litigation | CUD | | | **$60,000.00** |
| 18 | **AdvancedMD** PO Box 413120 Salt Lake City, UT 84141-3120 | | Trade debt | | | | **$59,746.66** |
| 19 | **Microsoft** PO Box 842103 Dallas,, TX 75284-2103 | | Trade debt | | | | **$55,851.32** |
| 20 | **Data Media Associates, LLC** P. O. Box 96514 Charlotte, NC 28296-0514 | | Trade debt | | | | **$51,625.27** |

Debtor Name **Eye Care Leaders Portfolio Holdings, LLC**          Case Number _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | **Kate Stevens Ltd** The Generator The Gallery Kings Wharf, The Quay Exeter EX2 4AN | | Trade debt | | | | **$50,924.00** |
| 22 | **Drummond Group, LLC** 13359 North Hwy 183-Suite B 406-238 Austin, TX 78750 | | Trade debt | | | | **$33,880.00** |
| 23 | **Peak 10 Inc** PO Box 530619 Atlanta,, GA 30353-0619 | | Trade debt | | | | **$32,384.77** |
| 24 | **NW Brixham Green Two LP** 110 WEST 13775 SOUTH SUITE 3 DRAPER, UT 84020 | | Trade debt | | | | **$32,313.87** |
| 25 | **FIVE9, INC.** FILE 2361-1801 W OLYMPIC BLVD PASADENA, CA 91199-2361 | | Trade debt | | | | **$31,421.99** |
| 26 | **UPDOX,LLC** PO BOX 772112 DETRIOT, MI 48277 | | Trade debt | | | | **$30,722.40** |
| 27 | **DOCUSIGN INC.** DEPT 3428-PO BOX 123428 DALLAS, TX 75312-3428 | | Trade debt | | | | **$30,032.60** |
| 28 | **SECURE EXCHANGE SOLUTIONS,INC** 9600 BLACKWELL ROAD, SUITE 250 ROCKVILLE, MD 20850 | | Trade debt | | | | **$29,826.23** |
| 29 | **Universal Life Insurance Co. and TMI Trust Co., in its capacity as trustee of Certain Reinsurance Trusts** 5901 Peachtree Dunwoody Road, Suite C495 Atlanta, GA 30328 | Christopher G. Browning, Jr. 305 Church at North Hills Drive, Suite 1200 Raleigh, NC 27609 Chris.browning@troutman.com | Litigation | CUD | | | **Unknown** |
| 30 | **John Johnston, as Joint Provisional Liquidator on behalf of PB Life and Annuity Co., Ltd., et al.** Corner House 20 Parliament Street Hamilton, HM 12 Bermuda | Nicholas F. Kajon nicholas.kajon@stevenslee.com | Litigation | CUD | | | **Unknown** |

**Fill in this information to identify the case:**

Debtor name: Canta Health, LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number: 24-XXXXX

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration   List of Equity Security Holders and Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 01/16/2024 | /s/ Sophie Turrell |
| Executed on | Signature of individual signing on behalf of debtor |
| | Sophie Turrell |
| | Printed name |
| | CEO/Portfolio Manager |
| | Position or relationship to debtor |